DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIJAH ELLINGTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1180

[January 14, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 12-18399CF10A.

Elijah Ellington, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***